United States District Court
Southern District of Texas
ENTERED
SEP 11 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
SEP 11 1998
Michael N. Milby, Clerk of Court

67

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| HUMBERTO GONZALEZ | * |
| | * |
| vs. | * CIVIL ACTION NO. B-95-110 |
| | * |
| LEO SILVA AND | * |
| UNITED STATES OF AMERICA | * |

## ORDER OF DISMISSAL

On this day came on to be heard the joint motion of the United States of America, defendant herein, Leo Silva, defendant herein, and Humberto Gonzalez, plaintiff herein, in the above-entitled and numbered cause, seeking dismissal of said cause with prejudice. The Court is of the opinion and finds that all matters in dispute between the parties have been fully and finally compromised and settled.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause be and the same is **DISMISSED** with prejudice to the right of the plaintiff to refile same or any part thereof. All costs of court are taxed against the party by whom incurred.

SIGNED this 11 day of SEPTEMBER, 1998, in Brownsville, Texas.

FILEMON B. VELA
United States District Judge